1  CENTER FOR DISABILITY ACCESS
   Mark Potter, Esq., SBN 166317
2  Phyl Grace, Esq. SBN 171771
   Mail: PO Box 262490
3        San Diego, CA 92196-2490
   Delivery: 9845 Erma Road, Suite 300
4        San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
5  phylg@potterhandy.com

6  ATTORNEYS FOR PLAINTIFF

7                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
8

9

10

11  **Katrina Menell**,                    )  Case No.: 5:14-CV-00285-VAP- SP
                                           )
12         Plaintiff,                      )  **NOTICE OF ASSOCIATION OF COUNSEL**
                                           )
13      v.                                 )
                                           )
14  **City Of Ontario** and Does 1-10, Inclusive, )
                                           )
15         Defendants.                     )
                                           )  Complaint Filed:  February 13, 2014
16                                         )  Trial Date:       N/A
                                           )
17                                         )
                                           )
18                                         )

19

20

21

22

23

24

25

26

27

28

-1-

-2-

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEAST TAKE NOTICE that Michelle Uzeta, Esq. of the firm Center for Disability Access, 9845 Erma Road, Suite 300, San Diego, CA 92131, hereby associates as counsel on behalf of Plaintiff Katrina Menell. All pleadings and other papers served on Katrina Menell should also be directed to the attention of Michelle Uzeta

Dated: February 21, 2014                                      CENTER FOR DISABILITY ACCESS

                                              By: /s/ Phyl Grace

                                                  Phyl Grace, Esq.

                                                  Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28