Name, Address and Telephone Number of Attorney(s):

Daniel S. Roberts (Bar No. 205535)
DRoberts@cotalawfirm.com
COTA COLE LLP
3401 Centrelake Dr., Ste. 670
Ontario, CA 91761 Tel. (909) 230-4209

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katrina Menell, <br><br> v. <br><br> Plaintiff(s) <br><br> City of Ontario, et al. <br><br> Defendant(s). | CASE NUMBER <br><br> EDCV 14-285 VAP (SPx) <br><br> **REQUEST:** <br> **ADR PROCEDURE SELECTION** |

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the
☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation. (Plaintiff's request)

☑ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding. (Defendant's request)

Dated: April ___, 2014

_____
Attorney for Plaintiff Katrina Menell

Dated: _____

Attorney for Plaintiff
_____

Dated: April 28, 2014

*Dan Roberts* (signature)

Attorney for Defendant City of Ontario

Dated: _____

_____
Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.