1  DENNIS M. COTA, Bar No. 127992
2  DCota@cotalawfirm.com
   DANIEL S. ROBERTS, Bar No. 205535
3  DRoberts@cotalawfirm.com
4  COTA COLE LLP
   3401 Centrelake Drive, Suite 670
5  Ontario, CA 91761
6  Telephone: (909) 230-4209
   Facsimile:   (909) 937-2034
7
   Attorneys for Defendant CITY OF
8  ONTARIO

9

10             UNITED STATES DISTRICT COURT
11           FOR THE CENTRAL DISTRICT OF CALIFORNIA
12                     EASTERN DIVISION
13

| KATRINA MENELL, | Case No. EDCV 14-285-VAP (SPx) |
|---|---|
| Plaintiff, | STIPULATION FOR VOLUNTARY DISMISSAL |
| v. | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| CITY OF ONTARIO, and Does 1-10, inclusive; | |
| Defendants. | |

{LLC/00031465. }

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned
2  counsel for all parties who have appeared in this case hereby stipulate to the
3  complete dismissal of the above-captioned action, with prejudice. Each side is to
4  bear its own fees and costs incurred in this matter.
5      SO STIPULATED.
6  Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose
7  behalf the filing is submitted, concur in the filing's content and have authorized the
8  filing.

Dated:  June 30, 2014            COTA COLE LLP

By:    /s/ Daniel S. Roberts
    Dennis M. Cota
    Daniel S. Roberts
    Attorneys for Defendant CITY OF
    ONTARIO

Dated:  June 30, 2014            CENTER FOR DISABILITY ACCESS

By:    /s/ Michelle Uzeta
    Phyl Grace, Esq.
    Michelle Uzeta, Esq.
    Attorneys for Plaintiff

{LLC/00031465. }                    -1-