DENNIS M. COTA, Bar No. 127992
DCota@cotalawfirm.com
DANIEL S. ROBERTS, Bar No. 205535
DRoberts@cotalawfirm.com
COTA COLE LLP
3401 Centrelake Drive, Suite 670
Ontario, CA 91761
Telephone: (909) 230-4209
Facsimile:   (909) 937-2034

Attorneys for Defendant CITY OF ONTARIO

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KATRINA MENELL,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ONTARIO, and Does 1-10, inclusive;<br><br>    Defendants. | Case No. EDCV 14-285-VAP (SPx)<br><br>STIPULATION FOR VOLUNTARY DISMISSAL<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

{LLC/00031465.}

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the complete dismissal of the above-captioned action, with prejudice. Each side is to bear its own fees and costs incurred in this matter.

SO STIPULATED.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 30, 2014                COTA COLE LLP


By:   /s/ Daniel S. Roberts
       Dennis M. Cota
       Daniel S. Roberts
       Attorneys for Defendant CITY OF ONTARIO

Dated: June 30, 2014                CENTER FOR DISABILITY ACCESS


By:   /s/ Michelle Uzeta
       Phyl Grace, Esq.
       Michelle Uzeta, Esq.
       Attorneys for Plaintiff


IT IS SO ORDERED
Dated  July 3 2014
/s/ Virginia A. Phillips
United States District Judge

{LLC/00031465.}                -1-